RE: Calvin Camps, Pro Se. MQ1920
S.C.I. SMITHFIELD
1120 PIKE STREET
P.O. BOX 999
HUNTINGDON, PA 16652

RECEIVED
MAY 10 2019
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK
5-2-19

RE: Calvin Camps vs. Millies & Holtz, et al.
1:17-CV-01895

Dear STEPHEN D. HOLTZMAN, ESQ.,

I am sending this letter, per my outstanding Discovery Requests, for Defendants to answer my questions under OATH, per the courts last orders, I would like to Request you have those party Defendants answer my questions under OATH within 30 days.

You can send all mail to me here at S.C.I. SMITHFIELD, 1120 Pike Street, P.O. Box 999 HUNTINGDON PA 16652.

If there is any kind of problems with my Requests please feel free and write me.

I have provided a number of legal letters to you on this ongoing matter, by giving those documents to Prison officials here, were I am having a number of problems with outgoing mail to parties and the courts.

Yours Truly
Cal Camps Pro Se
MQ1920

